**Order entered August 28, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00580-CV

### IN THE INTEREST OF S.C. AND K.C., CHILDREN

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-15-00596**

## ORDER

We **GRANT** appellant's August 26, 2015 unopposed second motion for an extension of time to file a brief. Appellant shall file a brief by **SEPTEMBER 30, 2015**. We caution appellant that no further extension of time will be granted absent extraordinary circumstances.

/s/     ELIZABETH LANG-MIERS
          JUSTICE